UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

CASE NOS:   **CV 00-4139 AHM (CWx)**                    DATE: November 7, 2000
            **CV 00-758 AHM (MANx)**

TITLES:   **Larry F. Gottlieb, et al., v. SBC Communications, Inc., et al.**
          **Darlene Haney, et al., v. Pacific Telesis Group, et al.**

DOCKET ENTRY

**PRESENT: THE HONORABLE A. HOWARD MATZ, U.S. DISTRICT JUDGE**

**Milli Borgarding**                **Not Reported**
**Deputy Clerk**                    **Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

**No Appearance**

PROCEEDINGS:    **IN CHAMBERS**

The Court received the Plaintiffs' Consolidated Amended Complaint in case number CV 00-4139. The Consolidated Amended Complaint, as required by the Court's October 18, 2000 Order, contains all the claims pled by Plaintiffs' in cases CV 00-4139 and CV 00-758. Therefore, the Court hereby DISMISSES with prejudice case number CV 00-758 AHM (MANx) because it has been consolidated for all future purposes with case number CV 00-4139 AHM (CWx). The dismissal of CV 00-758 does not result in or require the dismissal of any of the claims currently pending in CV 00-4139.

IT IS SO ORDERED.

**cc: all counsel**
**MINUTES**
**CIVIL - GEN**                                         Initials of Deputy Clerk

____ Docketed
____ Copies / NTC Sent
____ JS - 5 / JS - 6
____ JS - 2 / JS - 3
____ CLSD

ENTERED
CLERK, U.S. DISTRICT COURT

NOV 7 2000

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

S:\SED\Gottlieb v SBC Comm - 00-4139\Min ord consolidating w Haney.wpd